No. 780. LUTHER J. BAILEY AND JAMES E. FULGHAM v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Theodore D. Peyser* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Howard W. Ameli* for the United States.

No. 793. AMERICAN EXCHANGE IRVING TRUST COMPANY (FORMERLY IRVING BANK-COLUMBIA TRUST COMPANY), AS EXECUTOR OF THE ESTATE OF HERMAN SIELCKEN, DECEASED, v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Leonard B. Smith* and *John L. McMaster* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Alexander H. McCormick* for the United States.

No. 804. WABASH RAILWAY COMPANY v. SOUTH DAVIESS COUNTY DRAINAGE DISTRICT. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. N. S. Brown, Homer Hall, S. J. Jones,* and *Frederic D. McKenney* for petitioner. *Mr. Platt Hubbell* for respondent.

No. 809. E. B. JOHNSON, L. A. SANDERS, COUNTY TREASURER, AND MAXWELL INVESTMENT COMPANY v. WILLIAM FETZER. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John B. Dudley* and *Alger Melton* for petitioners. *Messrs. A. D. Stevens* and *J. B. Furry* for respondent.

No. 812. FRANK WEEKE v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit